UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRISON LEGAL NEWS, a project of the
HUMAN RIGHTS DEFENSE CENTER, a
Washington nonprofit corporation,

                   Plaintiff,

     v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY;
and its component, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                Defendants.

No.

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF FOR
VIOLATION OF THE FREEDOM OF
INFORMATION ACT, 5 U.S.C. § 552

Plaintiff Prison Legal News respectfully submits this Complaint for declaratory and injunctive relief ordering the U.S. Department of Homeland Security and Immigration and Customs Enforcement to comply with their legal obligations under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et. seq.*

## I.    INTRODUCTION

1.    In July 2013, Prison Legal News ("PLN") submitted a written request under the FOIA for records held by Defendant Immigration and Customs Enforcement, a law enforcement component of the U.S. Department of Homeland Security (collectively, "ICE" or

COMPLAINT - 1
DWT 23738750v2 0200513-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

"Defendants"). The requested records concern inmate telephone services and related issues at an ICE detention facility in Washington state. In violation of the FOIA, ICE has never responded to PLN's request. To date, ICE has utterly failed its obligations under the FOIA (1) to respond to PLN's request and (2) to provide the public records that PLN seeks. PLN requests that this Court order ICE to comply, enjoin ICE from further neglecting its duties under federal law, and reimburse PLN the legal fees and costs it has incurred in this action.

## II.    PARTIES

2.      Plaintiff Prison Legal News ("PLN") is a news publication with an office in Seattle, WA. PLN is a project of the Human Rights Defense Center ("HRDC"), a nonprofit, charitable corporation organized under the laws of the State of Washington and recognized as tax exempt under IRS Code § 501(c)(3). HRDC's principal offices are in Lake Worth, FL. The core of HRDC's mission is public education, prisoner education, advocacy, and outreach in support of the rights of prisoners and in furtherance of basic human rights.

3.      Defendant United States Department of Homeland Security ("DHS") was created through the integration of all or part of twenty-two federal departments and agencies into a unified, integrated Department. United States Immigration and Customs Enforcement is one of its components.

4.      Defendant United States Immigration and Customs Enforcement ("ICE") is the federal agency which serves as the investigative arm of DHS. ICE is responsible for certain immigration-related adjudications and benefits programs. ICE Enforcement and Removal Operations manages and oversees the federal government's civil immigration detention system.

5.      The Northwest Detention Center in Tacoma, WA, is a detention facility used by ICE to house detainees pending the removal process.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## II.    JURISDICTION AND VENUE

6.     This Court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331 (federal question jurisdiction).

7.     Venue lies properly in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim occurred in this judicial district.

## III.    FACTUAL BACKGROUND

8.     PLN is a legal journal that reports news concerning detention facilities and criminal justice issues.  The purpose of PLN, as stated in PLN's Articles of Incorporation, Article 3, Part 6, is: "to educate prisoners and the public about the destructive nature of racism, sexism, and the economic and social costs of prison to society."  Prisoners and their relatives, friends, and advocates benefit from PLN's activities.

9.     PLN publishes and distributes a monthly periodical that reports and analyzes criminal justice news on a national level.  Produced continuously since 1990, the publication has approximately 9,000 subscribers in 50 states, including lawyers, journalists, judges, courts, public libraries, and universities.  Surveys indicate that PLN's readership is approximately ten times the subscriber number.  PLN also maintains a listserv and a website at www.prisonlegalnews.org, which receives approximately 100,000 visitors per month, according to site analytics.  PLN publishes books about the criminal justice system and legal issues for use by prisoners, lawyers, courts, libraries, and other members of the general public.

10.     PLN is a "representative of the news media" within the meaning of 5 U.S.C. § 552(a)(4)(A)(ii) because it gathers information of current interest to the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience.

COMPLAINT - 3
DWT 23738750v2 0200513-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

11.     PLN's employees, articles, and advocacy activities (including its litigation) have been widely cited in mainstream media sources, including The New York Times, CNN, The Wall Street Journal, USA Today, The Nation, BusinessWeek, Mother Jones, the Miami Herald, the National Law Journal, The Atlanta Journal Constitution, The Sacramento Bee, the Boston Herald, The Washington Times, Columbia Journalism Review, Courthouse News Service, and the First Amendment Center.

12.     HRDC is a 501(c)(3) non-profit corporation that advocates on behalf of the human rights of people held in detention facilities in the United States.  The core of HRDC's mission is public and prisoner education, advocacy, and outreach in support of the rights of prisoners and in furtherance of basic human rights.  In July 2013, the national Society of Professional Journalists awarded HRDC its annual First Amendment Award.

13.     On July 30, 2013, PLN submitted a written records request under the FOIA to ICE's FOIA office.  *See* Exhibit A, FOIA request.  The request was sent via U.S. Postal Service Certified Mail, Return Receipt Requested.  *See* Ex. B.  The request sought eight categories of records related to any ICE immigration detention facilities in Washington that are operated by The Geo Group, Inc. ("Geo"), an entity contracted by ICE to operate such facilities. They are:

- All contracts for the provision of telephone services to inmates;
- Records documenting all commissions or similar fees consisting of a percentage of the revenue generated by inmate phone calls, or related to inmate phone services, that were paid to Geo pursuant to its contract(s) with inmate phone service providers;
- All written policies or other records documenting, authorizing, limiting or describing how the inmate phone service commission payments are to be used;
- All records showing the results of any audits by any agency of Geo's inmate phone services or of the commission payments received pursuant to its inmate phone service contract(s);
- All records indicating the rates for telephone calls made by inmates for all types of calls and all payment methods;

COMPLAINT - 4
DWT 23738750v2 0200513-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

- All records documenting any additional fees associated with inmate phone services that are charged to inmates or recipients of calls from inmates;
- The written institutional policy or policies that govern the receipt and sending of mail by inmates; and
- The written institutional policy or policies that govern prisoner visits.

14.     The requested records will be used in PLN's reporting for the public benefit. PLN is the first organization to collect and compile the telephone contracts from all 50 states, and publishes its findings in PLN.  The release of the requested records would allow PLN to continue to produce coverage that will contribute significantly to the public's understanding of the telephone rates charged by prisons and jails across the nation, and the profits that prison agencies generate off those rates.  PLN does not have a commercial interest in such information and will obtain no commercial benefit therefrom; PLN is a non-commercial use requester.

15.     As a news media organization seeking records in the public interest, PLN requested a waiver of duplication costs pursuant to 5 U.S.C. § 552 (a)(4)(A)(ii)(II) and 5 U.S.C. § 552 (a)(4)(A)(iii).  *See* Ex. A.

16.     ICE's FOIA officer received and signed PLN's request on August 5, 2013.  *See* Ex. C.  ICE failed to respond to PLN's July 30, 2013, letter.

17.     On December 21, 2013, HRDC/PLN Staff Attorney Robert Jack sent a second letter via U.S. Certified Mail, Return Receipt Requested to ICE's FOIA Officer.  *See* Exs. D, E. The follow-up letter explained PLN's original letter and the FOIA's required response deadline.  It specifically requested a final response determination letter within twenty days. ICE received and signed for this letter on December 30, 2013. *See* Ex. F.

18.     The FOIA requires any agency that receives a request under its provisions to, within 20 days of receiving the request: (1) determine whether the agency will comply with the

COMPLAINT - 5
DWT 23738750v2 0200513-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1   request and (2) notify the requester of its determination, its reasoning, and of requesters' right

2   to appeal denials. 5 U.S.C. § 552(a)(6)(A)(i). Here, ICE failed to meet its deadline to respond

3   to PLN's FOIA request.

4        19.   To date, ICE has never responded to either the original FOIA request or the

5   follow-up letter from HRDC's counsel. ICE has failed to even correspond with PLN about its

6   FOIA request, let alone provide a determination as required by the Act.

### IV.   CAUSE OF ACTION

### Violation of Freedom of Information Act (FOIA)

### For Failure to Disclose Responsive Records

10        20.   Plaintiff alleges and incorporates as set forth fully herein each and every

11   allegation contained in the above paragraphs.

12        21.   Defendants have violated 5 U.S.C. § 552(a)(3)(A) by failing to promptly release

13   agency records in response to the FOIA request detailed above. Refusal to provide this

14   information is unlawful.

15        22.   Defendants have violated 5 U.S.C. § 552(a)(6)(A) by failing to timely respond

16   to the FOIA request detailed above. Refusal to respond to the request is unlawful.

17        23.   Injunctive relief is authorized under 5 U.S.C. §552(a)(4)(B) because Defendants

18   continue to refuse to respond and improperly withholds the requested material, and do so as a

19   matter of policy or practice, in violation of the FOIA. PLN has suffered injury and will

20   continue to suffer injury from Defendants' illegal refusal to respond and provide records.

21        24.   Declaratory relief is authorized under 22 U.S.C. § 2201 because an actual

22   controversy exists regarding Defendants' failure to respond and improper withholding of the

23

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1   records in violation of the FOIA.  An actual controversy exists because PLN contends that

2   Defendants' continuing failure to respond and to release the records violates the law.

### PRAYER FOR RELIEF

4       WHEREFORE, Plaintiff PLN requests that judgment be entered in its favor against the

5   Defendants, and that the Court:

6       (a)     Declare that Defendants' failure to timely respond to PLN's request violates the

7   FOIA;

8       (b)     Declare that Defendants' failure to disclose responsive records violates the

9   FOIA;

10      (b)     Declare unlawful and enjoin Defendants' practice of failing to comply with their

11  required duties upon receipt of a properly submitted request under the FOIA;

12      (c)     Order Defendants and all entities and agents, or other persons acting by,

13  through, for, or on behalf of Defendants, to conduct a prompt, reasonable search for records

14  responsive to PLN's FOIA requests, without imposing search or duplication fees pursuant to 5

15  U.S.C. § 552(a)(4)(A);

16      (d)     Enjoin Defendants and all entities and agents, or other persons acting by,

17  through, for, or on behalf of Defendants, from withholding records responsive to PLN's FOIA

18  requests and order them to promptly produce the same;

19      (e)     Award PLN reasonable attorneys' fees and costs pursuant to 5 U.S.C.

20  § 552(a)(4)(E) and 28 U.S.C. § 2412; and

21      (f)     Grant all other such relief to PLN as the Court deems just and equitable.

22

23

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1    DATED this 2nd day of April, 2014.

2
                                    Davis Wright Tremaine LLP
3                                   Attorneys for Prison Legal News

4

5                                   By *s/ Eric M. Stahl*_____

6                                   By *s/ Angela Galloway*_____

7                                       Eric M. Stahl, WSBA #27619
                                        Angela Galloway, WSBA #45330
8                                       Suite 2200
                                        1201 Third Avenue
9                                       Seattle, WA  98101-3045
                                        Telephone: 206-622-3150
10                                      Fax: 206-757-7700
                                        E-mail:    ericstahl@dwt.com
11                                                 angelagalloway@dwt.com

12                                      Lance Weber, *Pro Hac Vice* pending
                                        Robert Jack, *Pro Hac Vice* pending
13                                      Human Rights Defense Center
                                        PO Box 1151
14                                      Lake Worth, FL 33460
                                        Telephone: 561-360-2523
15                                      E-mail: rjack@humanrightsdefensecenter.org
                                                lweber@humanrightsdefensecenter.org
16
                                        *Attorneys for Plaintiff*
17

18

19

20

21

22

23

COMPLAINT - 8
DWT 23738750v2 0200513-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A



# Prison Legal News

### Dedicated to Protecting Human Rights

July 30, 2013

FOIA Officer
U.S. Immigration & Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

**RE: Public Records Act Request**

Dear FOIA Officer:

On behalf of *Prison Legal News* (PLN), a monthly publication and project of the Human Rights Defense Center, and pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, I am requesting the following records from Fiscal Year (FY) 2009, 2010, 2011, 2012 and 2013:

1.      All contracts for the provision of telephone services to inmates held in detention facilities operated by the Geo Group, Inc. in Washington State on behalf of Immigration and Customs enforcement.

2.      Records documenting all commissions, site commissions or other similar fees consisting of a percentage of the revenue generated by inmate phone calls, or related to inmate phone services, that were paid to The Geo Group, Inc. pursuant to its contract (s) with inmate phone service providers.

3.      All written policies or other records documenting, authorizing, limiting or describing how the inmate phone service commission payments are to be used (e.g., whether such payments are used for inmate programs or revert to The Geo Group, Inc. or any government agency or general fund).

4.      All records showing the results of any audits, conducted by any agency, of The Geo Group, Inc.'s inmate phone services or of the commission payments received pursuant to its inmate phone service contract (s) at its immigration detention facilities in Washington state.

5.      All records indicating the rates for telephone calls made by inmates from immigration detention facilities operated by The Geo Group, Inc. in Washington state for all types of calls (i.e., local, intraLATA, interLATA, interstate and international) and payment methods (i.e., collect, pre-paid collect, and debit calls, as applicable).

Prison Legal News                 PO Box 1151                 Lake Worth, FL 33460

6.      All records documenting any additional fees associated with inmate phone services that are charged to inmates or recipients of calls from inmates, such as fees to set up a prepaid account, add money to a prepaid account or cancel a prepaid account at immigration detention facilities operated by The Geo Group in Washington state.

7.      The written institutional policy or policies that govern the receipt of mail (including books and magazines) and the sending of mail by inmates held in detention facilities operated by The Geo Group, Inc. in Washington state on behalf of ICE.

8.      The written institutional policy or policies that govern visitation/visits to prisoners held in immigration detention facilities operated by The Geo Group, Inc. in Washington state.

Because *PLN* is a media publication and the requested records will be used for the benefit of the public through non-commercial news reporting, and will contribute significantly to public understanding of government operations and activities at The Geo Group, Inc., I request a waiver of fees under 5 U.S.C. § 552(a)(4)(A)(iii)). Please be advised that the U.S. District Court for the District of Columbia has found that *PLN* was entitled to a fee waiver in connection with FOIA requests submitted to the Bureau of Prisons. See: *PLN v. Lappin*, 436 F.Supp2d 17 (D.A.C.2006).

Further, I request that the requested records be provided in electronic media or format if they are available in that format.

If this FOIA request is denied in whole or part, please justify all denials by reference to specific FOIA exemptions with a *Vaughn* Index. We expect you to release all segregable portions of any records responsive to this request that are denied in part. *Prison Legal News* reserves the right to appeal any decision to withhold records or portions of records, or deny a waiver of fees as requested above.

I look forward to your response within 20 business days as required by FOIA. Please contact me should you require any additional information-

Thank you for your time and attention,

Sincerely,

David Ganim
Prison Legal News
Office: 561-360-2523
dganim@prisonlegalnews.org


Prison Legal News          PO Box 1151          Lake Worth, FL 33460

# EXHIBIT B



## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  FOIA Officer, U.S. Immigration &

Street, Apt. No.; or PO Box No.  FOIA Office, 500 12th Street SW

City, State, ZIP+4  STOP 5009, Wash, DC, 20S 36-5000

PS Form 3800, August 2006                    See Reverse for Instructions

7012 3460 0001 3812 8556

# Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

## *Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the arti-cle at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

# EXHIBIT C

## Product Tracking System

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTS / EDW | USPS Corporate Accounts | January 15, 2014 |

### Track & Confirm Intranet
### Delivery Signature and Address

Tracking Number: 7012 3460 0001 3812 8556

This item was delivered on 08/05/2013 at 06:46:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type: Quick Search   [ ]   [Submit]

Product Tracking System, All Rights Reserved
Version: 1.6.2.0

Help

# Product Tracking System

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTS / EDW | USPS Corporate Accounts | January 15, 2014 |

## Track & Confirm Intranet Tracking Number Result

### Result for Domestic Tracking Number 7012 3460 0001 3812 8556

**Destination and Origin**

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 20536 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 334609998 | LAKE WORTH | FL |

**Tracking Number Classification**

**Class/Service**

Class/Service: First-Class Certified Mail
Class of Mail Code/Description: FC / First Class

**Service Delivery Information**

Service Performance Date: Scheduled Delivery Date: 08/02/2013
Delivery Option Indicator: 1 - Normal Delivery
Zone: 05
PO Box: N
Other Information: Service Calculation Information

**Payment**

Postage: $0.46
Weight: 0 lb(s) 1 oz(s)
Rate Indicator: Single Piece - Letters

**Other Information**

Firm Label ID: 5193 0SGS E884 0802 5459

**Extra Services**

**Extra Services Details**

| Description | Amount |
|-------------|--------|
| Certified Mail | $3.10 |
| Return Receipt | $2.55 |

**Events**

| Event | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Other Information |
|-------|-----------|-----------|----------|--------------|------------|---------------|-------------------|
| DELIVERED | 08/05/2013 | 08:48 | WASHINGTON, DC 20536 | Firm Book | 0308GSE440 | Scanned by route 00029010 | View Delivery Signature and Address  Facility Finance Number: 106010  Firm Name: ICE 20536 R19    Request Delivery Record |
| AVAILABLE FOR PICKUP | 08/04/2013 | 13:33 | WASHINGTON, DC 20536 | Firm Book | 0308GUA701 | Scanned by route 25000500 | |
| ARRIVAL AT UNIT | 08/04/2013 | 13:17 | WASHINGTON, DC 20018 | Firm Book | 0308GSE894 | Scanned by route 00029010 | |
| ENROUTE/PROCESSED | 07/30/2013 | 20:56 | WEST PALM BEACH, FL 33416 | Scanned | DBOSS-008- | Destined to route 205365009 | |
| DISPATCHED FROM SORT FACILITY | 07/30/2013 | 20:25 | WEST PALM BEACH, FL 33416 | System Generated | | | |

Track and Confirm Intranet

| Event | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Other Information |
|-------|-----------|-----------|----------|-------------|-----------|--------------|-----------------|
| ENROUTE/PROCESSED | 07/30/2013 | 20:12 | WEST PALM BEACH, FL 33416 | Scanned | DIOSS-001- | Destined to route 206368009 | |
| DISPATCHED TO SORT FACILITY | 07/30/2013 | 17:42 | LAKE WORTH, FL 33460 | System Generated | | | |
| ACCEPT OR PICKUP | 07/30/2013 | 18:35 | LAKE WORTH, FL 33460 | Scanned | POS | | Facility Finance Number: 116027 |

Enter up to 10 items separated by commas.

Select Search Type: Quick Search [  ]      [ Submit ]

Product Tracking System, All Rights Reserved
Version: 1.6.2.0

# EXHIBIT D



# Human Rights Defense Center

### DEDICATED TO PROTECTING HUMAN RIGHTS

December 21, 2013

FOIA Officer
U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

RE:     FOIA Request – July 30, 2013
        Via Certified Mail, Return Receipt Requested
        Article No: 7013 2250 0001 8713 7056

Dear FOIA Officer,

I represent Prison Legal News ("PLN"), a publisher project of the Human Rights Defense Center. I write regarding a FOIA request with the U.S. Immigration and Customs Enforcement ("ICE") on behalf of my client PLN and its Prison Phone Justice Director, David Ganim.

On July 30, 2013, Mr. Ganim requested documents from your office pursuant to FOIA including in pertinent part:

> All contracts for the provision of telephone services to inmates held in detention facilities operated by the Geo Group, Inc. in Washington State on behalf of Immigration and Customs [E]nforcement. [Exhibit #1, Attached].

The certified letter was delivered to ICE on August 5, 2013 [Exhibit #2, USPS Tracking Confirmation and Certified Mail Receipt, Attached]. No response to Mr. Ganim's July 30, 2013, request, now nearly 5 months old, has been received by this office. PLN and Mr. Ganim have not received any notice of whether ICE will respond, a tracking number, or a request for an extension of time as stated in 5 U.S.C. § 552(a)(7)(A); *See also* 28 C.F.R. § 16.6(a), (b), (c).

If we do not receive a final response determination letter to the above request within twenty (20) days, **January 10, 2013**, PLN will be compelled to pursue litigation to enforce its rights to access these requested documents.

Please address any correspondence related to this matter to my attention. Thank you in advance for your attention to and cooperation with this request.

                        Very Truly Yours,
                        HUMAN RIGHTS DEFENSE CENTER

                By:     Robert Jack
                        Staff Attorney

Encls.

# EXHIBIT E

```
            Ft. Laud. Main Postal Store
            - Ft. Lauderdale, Florida
                    333109998
              1158540246 -0098
12/21/2013    (800)275-8777     10:35:13 AM

                 Sales Receipt
Product           Sale  Unit         Final
Description       Qty   Price        Price

WASHINGTON DC 20536 Zone-5            $1.32
First-Class Mail Large Env
2.10 oz.
Scheduled Delivery Day: Tue 12/24/13
Return Rcpt (Green Card)             $2.55
00 Certified                         $3.10
Label #:        70132250000187137056
                                   ========
Issue PVI:                           $6.97


Total:                               $6.97

Paid by:
Cash                                $20.00
Change Due:                        -$13.03

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*************************************
*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*************************************
*************************************


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*************************************
*************************************


Bill#: 1000201038345
Clerk: 11

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business

    Note: Priority Mail Express refund
  restrictions in effect for mailing dates
              Dec. 22 - 25
*************************************
*************************************
      HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*************************************
*************************************


              Customer Copy
```

7013 2250 0001 8713 7056

**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.10 |

Sent To FOIA Officer, US-ICE, FOIA office

Street, Apt. No; or PO Box No. 500 12th st S.W. Stop 5009

City, State, ZIP+4 Washington, D.C. 20536-5009

PS Form 3800, August 2006       See Reverse for Instructions

FORT LAUDERDALE MAIN FACILITY USPS

DEC 21 2013

# Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

## Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.

- Certified Mail is not available for any class of international mail.

- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.

- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.

- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.

- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

## IMPORTANT: Save this receipt and present it when making an inquiry.

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

# EXHIBIT F

USPS.com® - USPS Tracking™                          https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tL...

English      Customer Service      USPS Mobile                                    Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track                                    Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions
Find USPS Locations
Buy Stamps                Find
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

## USPS Tracking™

✉ Customer Service ›
Have questions? We're here to help.

Tracking Number: 70132250000 187137066

**Expected Delivery Day: Tuesday, December 24, 2013**

## Product & Tracking Information

Available Actions

Postal Product:          Features:
First-Class Mail®        Certified Mail™          Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| December 30, 2013 , 6:05 am | Delivered | WASHINGTON, DC 20536 |
| December 29, 2013 , 12:31 pm | Available for Pickup | WASHINGTON, DC 20536 |
| December 29, 2013 , 12:02 pm | Available for Pickup | WASHINGTON, DC 20536 |
| December 29, 2013 , 10:37 am | Arrival at Hub | WASHINGTON, DC 20018 |
| December 27, 2013 | Depart USPS Sort Facility | WASHINGTON, DC 20018 |
| December 27, 2013 , 6:01 am | Processed through USPS Sort Facility | WASHINGTON, DC 20018 |
| December 27, 2013 , 12:27 am | Processed through USPS Sort Facility | MERRIFIELD, VA 22081 |
| December 25, 2013 | Depart USPS Sort Facility | MERRIFIELD, VA 22081 |
| December 25, 2013 , 4:47 am | Processed through USPS Sort Facility | MERRIFIELD, VA 22081 |
| December 22, 2013 | Depart USPS Sort Facility | OPA LOCKA, FL 33054 |
| December 21, 2013 , 9:55 pm | Processed at USPS Origin Sort Facility | OPA LOCKA, FL 33054 |
| December 21, 2013 , 4:59 pm | Dispatched to Sort Facility | FORT LAUDERDALE, FL 33310 |
| December 21, 2013 , 10:34 am | Acceptance | FORT LAUDERDALE, FL 33310 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

USPS.com® - USPS Tracking™                         https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tL...

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

*USPS.COM*   |   Copyright©2014 USPS. All Rights Reserved.

Help

## Product Tracking System

UNITED STATES
POSTAL SERVICE.

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTS / EDW | USPS Corporate Accounts | March 25, 2014 |

**Track & Confirm Intranet**
**Delivery Signature and Address**

Tracking Number: 7013 2250 0001 8713 7056

This Item was delivered on 12/30/2013 at 06:08:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type: Quick Search   ·   | Submit |

Product Tracking System, All Rights Reserved
Version: 1.7.0.17