HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRISION LEGAL NEWS, | CASE NO. 2:14-CV-479-BAT |
| Plaintiff, | ANSWER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, AND ITS COMPONENT, IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Defendant. | |

Defendant United States Department of Homeland Security ("DHS" or "Defendant") answers the Complaint filed by Plaintiff Prison Legal News as follows:

Defendant denies all allegations in the Complaint unless specifically admitted below.

## I. INTRODUCTION

1. Defendant admits that on July 2013, Prison Legal News submitted a FOIA request to Immigration and Customs Enforcement ("ICE"). Paragraph 1 contains Plaintiff's characterization of its FOIA request, which speaks for itself and contains the best evidence of its content, to which no

ANSWER - 1
Case No. 2:14-cv-00479-BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

response is required. Defendant admits that ICE failed to provide documents in response to Plaintiff's FOIA request. Defendant denies all remaining allegations in Paragraph 1.

## II. PARTIES

2. Defendant admits that Prison Legal News is a news publication. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 2, and therefore denies those allegations.

3. Defendant admits that ICE is a component of DHS.

4. Defendant admits the allegations in Paragraph 4.

5. Defendant admits the allegation in Paragraph 5.

## III. JURISDICTION AND VENUE

6. Paragraph 6 contains legal conclusions to which no response is required. To the extent a response is required, Defendant does not dispute jurisdiction.

7. Paragraph 7 contains legal conclusions to which no response is required. To the extent a response is required, Defendant does not dispute venue.

## IV. FACTUAL BACKGROUND

8. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 8, and therefore denies those allegations.

9. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 9, and therefore denies those allegations.

10. Paragraph 10 contains legal conclusions to which no response is required.

11. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 11, and therefore denies those allegations.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 12, and therefore denies those allegations.

13. Defendant admits that Prison Legal News submitted a FOIA request to ICE dated July 30, 2013. Paragraph 13 contains Plaintiff's characterization of its FOIA request, which speaks for itself and contains the best evidence of its content, to which no response is required. Defendant denies any remaining allegations.

14. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 14, and therefore denies those allegations.

15. Defendant admits that Prison Legal News sought a fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) and 5 U.S.C. § 552(a)(4)(A)(iii).

16. Defendant denies that an ICE FOIA officer received Plaintiff's FOIA request on August 5, 2013. Defendant admits that an ICE FOIA officer received Plaintiff's FOIA request on August 7, 2013. Defendant denies that ICE failed to respond to Defendant's FOIA request; ICE mailed an acknowledgment letter, acknowledging receipt of Plaintiff's FOIA request on August 7, 2013.

17. Defendant lacks sufficient information to admit or deny the allegations in the first sentence of Paragraph 17, and therefore denies those allegations. Sentences 2 and 3 of Paragraph 17 include Plaintiff's characterization of a December 21, 2013 letter, which speaks for itself and contains the best evidence of its content, and to which no response is required. With respect to Sentence 3 of Paragraph 17, Defendant admits that a United States Postal Service certified mailing was received by ICE and signed for on December 30, 2013. Defendant denies that this letter was received by the ICE FOIA officer on December 30, 2013.

18. Paragraph 18 contains legal conclusions to which no response is required.

ANSWER - 3
Case No. 2:14-cv-00479-BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19. Defendant denies the allegations in Paragraph 19. ICE mailed an acknowledgment letter, acknowledging receipt of Plaintiff's FOIA request on August 7, 2013.

## V. CAUSE OF ACTION

20. Defendant incorporates it's responses to Paragraphs 1 through 19 above, and incorporates each response therein as though fully set forth herein.

21. Paragraph 21 contains legal conclusions to which no response is required.

22. Paragraph 22 contains legal conclusions to which no response is required.

23. Paragraph 23 contains legal conclusions to which no response is required.

24. Paragraph 24 contains legal conclusions to which no response is required.

## PRAYER FOR RELIEF

The remainder of Plaintiff's Complaint sets forth Plaintiff's prayer for relief, to which no response is required. To the extent that a response is required, Defendant denies the allegations and denies that Plaintiff is entitled to any relief.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*/s/Kayla Stahman*
KAYLA STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: Kayla.Stahman@usdoj.gov

Attorney for the United States

ANSWER - 4
Case No. 2:14-cv-00479-BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |

1  CERTIFICATE OF SERVICE

2  The undersigned hereby certifies that she is an employee in the Office of the United States

3  Attorney for the Western District of Washington and is a person of such age and discretion as to be

4  competent to serve papers.

5  It is further certified that on May 5, 2014, I electronically filed the foregoing document with

6  the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

7  following CM/ECF participant(s):

8      ANGELA C. GALLOWAY    Angelagalloway@dwt.com

9  I further certify that on May 5, 2014 I mailed by United States Postal Service the foregoing

10  document to the following non-CM/ECF participant(s) / CM/ECF participant(s), addressed as

11  follows:

12      -0-

13  Dated this 5th day of May, 2014.

        */s/ Christine Kelly*
        CHRISTINE KELLY
        Paralegal Specialist
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: (206) 553-7970
        Fax:    (206) 553-4073
        Email: Christine.Kelly@usdoj.gov

ANSWER - 5
Case No. 2:14-cv-00479-BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970