Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and its component, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | No. 2:14-CV-479-MJP<br><br>[PROPOSED] ORDER ON SUMMARY JUDGMENT |

This matter comes before the Court on Plaintiff's Motion to for Summary Judgment. Having reviewed the record and the pleadings filed in connection with this matter, the Court hereby GRANTS Plaintiff's motion; and accordingly, the Court DECLARES as follows:

1. Defendants are liable for violating the Freedom of Information Act, ("FOIA"), 5 U.S.C. § 552, for unlawfully failing to respond to the request in a timely manner;

2. Defendants are liable for violating the Freedom of Information Act, ("FOIA"), 5 U.S.C. § 552, for unlawfully redacted records regarding performance incentives, mail policies and visitation policies;

3. Defendants must promptly provide the records PLN has requested regarding performance incentives, mail policies and visitation policies; and

[PROPOSED] ORDER ON SUMMARY JUDGMENT
(2:14-CV-479-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DWT 25954999v1 0200513-000003

4. As a result of these FOIA violations, PLN is the prevailing party entitled to an award of reasonable attorney's fees and costs incurred in this action, in an amount to be determined later by the Court.

DATED this _____ day of _____, 2015.

_____
Marsha J. Pechman
Chief United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE, LLP

By: */s/ Angela Galloway*
Eric M. Stahl WSBA #27619
Angela Galloway WSBA #45330
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: ericstahl@dwt.com; angelagalloway@dwt.com

Human Rights Defense Center

By: */s/ Lance Weber*
Lance Weber, Fla. Bar # 104550
(admitted pro hac vice)
P.O. Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360- 2523
Fax: (866) 735-7136
E-mail: lweber@humanrightsdefensecenter.org

*Attorneys for Plaintiff*

[PROPOSED] ORDER ON SUMMARY JUDGMENT
(2:14-CV-479-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DWT 25954999v1 0200513-000003